McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    E-Mail: Lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY RUTH WATERS,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-CV-00664-DMC<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his opposition to Plaintiff's motion for summary judgment be extended thirty (30) days from September 8, 2020, up to and including October 8, 2020. This Defendant's first request for an extension.

Counsel for Defendant requests this extension because counsel has one Answering Brief in a case before the Ninth Circuit Court of Appeals and five dispositive briefs in District Court cases, all with drafting deadlines before September 15, 2020.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  Aug. 31, 2020

LAW OFFICES OF HELEN R. ZANE

/s/  *David F. Chermol**
Helen R. Zane
Attorney for Plaintiff
*as authorized via e-mail on Aug. 28, 2020

Dated: Aug. 31, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Lara A. Bradt*
LARA A. BRADT
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 8, 2020, to respond to Plaintiff's Opening Brief.

Dated:  September 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE