McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA (CSBN 267616)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    lynn.harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RUTH WATERS,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.: 2:20-cv-00664-KJM-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to a different administrative law judge (ALJ) who will reevaluate Plaintiff's residual functional capacity and issue a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                          Respectfully submitted,

|  |  |
|---|---|
|  | CHERMOL & FISHMAN, LLC |
| Dated: October 13, 2020 | *Lynn Harada for David F. Chermol<br>(*as authorized via email on 10/11/2020)<br>DAVID F. CHERMOL<br>Attorney for Plaintiff |
|  | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| Dated: October 13, 2020 | By:   /s/ Lynn Harada<br>LYNN HARADA<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

Dated: November 2, 2020.

CHIEF UNITED STATES DISTRICT JUDGE